CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHe

JAN 21 2010

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JIHAD CHASE, et al., | ) | Civil Action No. 7:10-cv-00021 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARLEY LAPPIN, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiffs' motion for the appointment of counsel is **DENIED**; plaintiffs' motion for class action certification is **DENIED**; plaintiffs **SHALL FILE** within fifteen (15) days a single, signed complaint that conforms to the Federal Rules of Civil Procedure; and a plaintiff who fails to sign a refiled complaint or files a motion to withdraw as a plaintiff will have his claims dismissed without prejudice, will be terminated as a party, and will not be assessed the $350 filing fee.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiffs.

ENTER: This 21st day of January, 2010.

Senior United States District Judge